**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0821

Kenneth Berthelot

        - - Versus - -

Russell Indovina and Progressive Security Insurance
Company

32nd Judicial District Court
Case #: 174356
Terrebonne Parish

On Application for Rehearing filed on 03/06/2020 by Pro-Mag Inspections, LLC, et al

Rehearing _denied._

_____
Vanessa Guidry Whipple

_____
John Michael Guidry

_____
William J. Burris

Date **JUN 1 6 2020**

_____
Rodd Naquin, Clerk